UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 20-161 (CCC) |
| v. | FIRST ORDER FOR POST-INDICTMENT CONTINUANCE |
| THOMAS BORDERS | |

This matter having come before the Court on the joint application of the United States, by Craig Carpenito, United States Attorney for the District of New Jersey (Emma Spiro, Assistant U.S. Attorney, appearing), and defendant Thomas Borders (Wanda Akin, Esq., appearing), for an order granting a continuance of proceedings in the above-captioned matter from the date upon which this Order is signed through and including May 31, 2020; and the defendant being aware that he has the right to have this matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to 18 U.S.C. § 3161(c)(1); and the defendant having consented to such continuance and having waived such right; and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. The grant of a reasonable continuance will allow the United States and the Defendant to engage in plea negotiations. A resolution by way of a plea would render a trial unnecessary;

2. The failure to grant a continuance would deny counsel for the

defendant and counsel for the Government the reasonable time necessary to effectively prepare for motion practice and/or trial, taking into account the exercise of due diligence;

    3.    The defendant has consented to the aforementioned continuance;

    4.    The grant of a continuance will likely conserve judicial resources; and

    5.    As a result of the foregoing, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS, therefore, on this  20th  day of February, 2020,

ORDERED that this action be, and hereby is, continued until May 31, 2020; and it is further

ORDERED that the period from the date of this order through May 31, 2020, be and it hereby is excluded in computing time under the Speedy Trial Act of 1974, 18 U.S.C. § 3161 *et seq.*

_____
HONORABLE CLAIRE C. CECCHI
United States District Judge

Consented to as to form and entry:

_____
EMMA SPIRO
Assistant U.S. Attorney

_____
WANDA AKIN, ESQ.
Counsel for the Defendant